| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE,<br>REGION 3<br>Michael A. Artis, Esquire<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Facsimile: (973) 645-5993<br>Email: Michael.A.Artis@usdoj.gov | Order Filed on September 6, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Saboor Khaliq,<br><br>Debtor. | Case No.: 16-10504 (CMG)<br><br>Chapter 7<br><br>Hearing Date: September 6, 2016, at 10:00 a.m.<br><br>Judge: Christine M. Gravelle |

**ORDER EXTENDING THE TIME TO FILE A MOTION TO DISMISS CASE UNDER
11 U.S.C. §§ 707(b)(1) AND (3), AND EXTENDING TIME TO FILE A COMPLAINT
OBJECTING TO DISCHARGE UNDER 11 U.S.C. § 727**

The relief set forth on the following page, numbered 2, is hereby **ORDERED**.

**DATED: September 6, 2016**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor: Saboor Khaliq

Chapter 7 Case No. 16-10504 (CMG)

**Order Extending the Time to File a Motion to Dismiss Case Under 11 U.S.C. §§ 707(b)(1) and (3), and Extending the Time to File a Complaint Objecting to Discharge Under 11 U.S.C. § 727**

---

Upon consideration of the Acting United States Trustee's motion, by and through counsel, for an order extending the time for the Acting United States Trustee to file a motion under 11 U.S.C. §§ 707(b)(1) and (3), and extending the time to file a complaint objecting to discharge under 11 U.S.C. § 727, and notice of the motion having been given to the Debtor and Debtor's counsel, and the Court having found cause for the entry of the within order, it is hereby

**ORDERED** that any motion by the Acting United States Trustee to dismiss this case under 11 U.S.C. §§ 707(b)(1) and (3), or any complaint objecting to discharge under 11 U.S.C. § 727, must be filed by **October 11, 2016;** and it is further

**ORDERED** that the Acting United States Trustee reserves his right to seek a further extension of the time to file a motion to dismiss under 11 U.S.C. §§ 707(b)(1) and (3), or a complaint objecting to discharge under 11 U.S.C. § 727.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 16-10504-CMG
Saboor Khaliq                                                                   Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Sep 06, 2016
                              Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2016.
db             +Saboor Khaliq,    201 Summerhill Rd,    Spotswood, NJ 08884-1261

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2016 at the address(es) listed below:
      Andrea Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
      Denise E. Carlon    on behalf of Creditor    U.S. Bank Trust, N.A., Et Al...
       dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Michael A. Artis    on behalf of U.S. Trustee    United States Trustee michael.a.artis@usdoj.gov
      United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
      William M. E. Powers, III    on behalf of Creditor    BANK OF AMERICA, N.A., as servicer for WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE BSSP TRUST 2007-EMX1, MORTGAGE-BACKED NOTES, SERIES 2007-EMX1 ecf@powerskirn.com
      William M.E. Powers, III    on behalf of Creditor    BANK OF AMERICA, N.A., as servicer for WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE BSSP TRUST 2007-EMX1, MORTGAGE-BACKED NOTES, SERIES 2007-EMX1 ecf@powerskirn.com
      Yakov Rudikh    on behalf of Debtor Saboor Khaliq yrudikh@gmail.com, rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com
                                                                                                        TOTAL: 7