UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:   Khaliq, Saboor                   Case No.:   16-10504-CMG

Chapter:   7

Judge:   Christine M. Gravelle

## NOTICE OF PROPOSED ABANDONMENT

Andrea Dobin,                Chapter 7 Trustee       in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk of the U.S. Bankruptcy Court
U.S. Courthouse, 1st floor
402 E. State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on December 6, 2016 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no  3 . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:

Real estate located at:
201 Summerhill Road
Spotswood, NJ

Valued at $235,000.00

Liens on property:

Bank of America
$163,117.00 (plus $42,379.00 escrow deficiency)

Amount of equity claimed as exempt:

$0.00

Objections must be served on, and requests for additional information directed to:

Name:   Andrea Dobin, Trustee

Address:   Trenk, DiPasquale, Della Fera & Sodono, P.C. 427 Riverview Plaza, Trenton, NJ 08611

Telephone No.: 609.695.6070 or 973.243.8600

*rev.8/1/15*

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                         Case No. 16-10504-CMG
Saboor Khaliq                                                  Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin                 Page 1 of 2          Date Rcvd: Nov 01, 2016
                             Form ID: pdf905             Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2016.
db            +Saboor Khaliq,    201 Summerhill Rd,    Spotswood, NJ 08884-1261
515940928     +Bank of America,    P.O. Box 15026,    Wilmington, DE 19886-5026
515940929     +Bk Of Amer,    4909 Savarese Cir,    Tampa, FL 33634-2413
515940932    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:  Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238)
515940930      Caliber Home Loans,    PO Box 619063,    Dallas, TX 75261-9063
515940931      Capital One Bank,    PO Box 70884,    Charlotte, NC 28272-0884
515940935     +Citibank,    PO Box 653095,    Dallas, TX 75265-3095
515940937     +Fein, Such, Kahn, & Shepard, P.C.,    7 Century Dr,    Suite 201,    Parsippany, NJ 07054-4673
515940938     +Hudson County Court Special Civil Part,    595 Newark Ave.,    Room 711,
                 Jersey City, NJ 07306-2394
515940942     +Law Office of Aditya Surti LLC,    208 Main Street,    Woodbridge, NJ 07095-1921
515940943     +Lopez Kitchen Design LLC,    340 Oak St,    Perth Amboy, NJ 08861-4027
515940944     +Middlesex County Court Special Civil,    PO Box 1146,    New Brunswick, NJ 08903-1146
515940945     +Middlesex County Sheriff’s Office,    P.O. Box 1188,    New Brunswick, NJ 08903-1188
515940946     +New Jersey Division of Taxation,    PO Box 046,    Trenton, NJ 08601-0046
515940948     +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
515940950     +Wells Fargo Bank,    1250 Montego Way,    Walnut Creek, CA 94598-2875
515940951      Wilshire Credit Corp,    400 Countrywide Wa,    Simi Valley, CA 93065

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 01 2016 23:07:38     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 01 2016 23:07:35      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515940934      E-mail/Text: bankruptcy@cavps.com Nov 01 2016 23:08:01      Cavalry Portfolio Services, LLC,
                 P.O. Box 27288,    Tempe, AZ 85285
515940933     +E-mail/Text: bankruptcy@cavps.com Nov 01 2016 23:08:01      Cavalry Portfolio Serv,
                 Po Box 27288,    Tempe, AZ 85285-7288
515940936     +E-mail/Text: bknotice@erccollections.com Nov 01 2016 23:07:41     Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
515940940      E-mail/Text: cio.bncmail@irs.gov Nov 01 2016 23:07:07     Internal Revenue Service,
                 44 South Clinton Ave,    Trenton, NJ 08601
515940947     +E-mail/PDF: gecsedi@recoverycorp.com Nov 01 2016 23:05:16     Syncb/sams Club Dc,
                 Po Box 965005,    Orlando, FL 32896-5005
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515940949      Three Flags, LLC,Hardik Pandya & Tejash,    Tejash Patel
515940941*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:  Internal Revenue Services,    P.O. Box 9052,
                 Andover, MA 01810-9052)
515940939*    +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 1, * 2, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2016                                      Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2            Date Rcvd: Nov 01, 2016
                              Form ID: pdf905            Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2016 at the address(es) listed below:
              Andrea   Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor   U.S. Bank Trust, N.A., Et Al...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Michael A. Artis    on behalf of U.S. Trustee   United States Trustee michael.a.artis@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M. E. Powers, III    on behalf of Creditor    BANK OF AMERICA, N.A., as servicer for WELLS
               FARGO BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE BSSP TRUST 2007-EMX1,
               MORTGAGE-BACKED NOTES, SERIES 2007-EMX1 ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    BANK OF AMERICA, N.A., as servicer for WELLS
               FARGO BANK, N.A., AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE BSSP TRUST 2007-EMX1,
               MORTGAGE-BACKED NOTES, SERIES 2007-EMX1 ecf@powerskirn.com
              Yakov   Rudikh    on behalf of Debtor Saboor  Khaliq yrudikh@gmail.com,
               rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com
                                                                                             TOTAL: 7
```